UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARJA ELINA HAKANIEMI,

                   Plaintiff,

-against-

CARTER CONLON; THERESA CONLON,

                   Defendants.

21-CV-5489 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued July 6, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 26, 2021
            New York, New York

                                             /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                            Chief United States District Judge